**2009–1715. Geesaman v. St. Rita's Med. Ctr.**

Allen App. No. 1–08–65, 183 Ohio App.3d 555, 2009-Ohio-3931. Discretionary appeal of John Cox, D.O., accepted on Proposition of Law No. I. Motion to consolidate this case with 2009–1715, *Geesaman v. St. Rita's Med. Ctr.*, Allen App. No. 1–08–65, 183 Ohio App.3d 555, 2009-Ohio-3931, granted.

Pfeifer, Lanzinger, and Cupp, JJ., dissent.

Discretionary appeal of Lima Radiology Associates, Inc. not accepted.

LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., dissent and would accept the appeal of Lima Radiology Associates, Inc. on Proposition of Law No. II.